NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

RAY VINCENT THOMAS,    )
    )
        Appellant,    )
    )
v.    )    Case No. 2D18-2322
    )
STATE OF FLORIDA,    )
    )
        Appellee.    )
_____)

Opinion filed August 22, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Collier County; James R. Shenko,
Judge.

Ray Vincent Thomas, pro se.


PER CURIAM.

        Affirmed.  See Logan v. State, 846 So. 2d 472 (Fla. 2003); Bizzell v. State,

912 So. 2d 386 (Fla. 2d DCA 2005); Harris v. State, 818 So. 2d 567 (Fla. 2d DCA

2002).


BLACK, SALARIO, and BADALAMENTI, JJ., Concur.